UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| MARINA ADEA, | ) | No. EDCV 10-041 CW |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Adminstration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: June 8, 2011

　　　　　　　　　　　　　　　　　　　　　／s／ Carla M. Woehrle
　　　　　　　　　　　　　　　　　　　　　CARLA M. WOEHRLE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge